FILED
NOV - 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  GEOFFREY ROTWEIN, ESQ. (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California 94104
   Facsimile: (415) 397-0862
3  Telephone: (415) 397-0860

4  Attorney for Defendant
   EVA YOK YAU ENG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR05-00123 MHP |
|---|---|---|
| Plaintiff, | ) | **ORDER PURSUANT TO STIPULATION CONTINUING SENTENCING** |
| vs. | ) | |
| EVA YOK YAU ENG, et al, | ) | |
| Defendant. | ) | |

### ORDER CONTINUING SENTENCING

IT IS HEREBY ORDERED that, pursuant to the stipulation below, the sentencing in this case is continued from December 5, 2005, to January 23, 2006, at 10:00 a.m. The reason for the continuance request is that the Probation Officer, Christina Carrubba, has requested additional time to review the case and prepare her report.

DATED: October __, 2005

_____
JUDGE OF THE FEDERAL DISTRICT COURT

///
///
///
///
///
///

ORDER CONTINUING SENTENCING
CR 05-00123 MHP                          -1-

## STIPULATION

It is hereby stipulated by and between the parties herein that the sentencing in this case is continued from December 5, 2005, to January 23, 2006, at 10:00 a.m. The reason for the continuance request is that the Probation Officer, Christina Carrubba, has requested additional time to review the case and prepare her report.

DATED: October 28, 2005                KEVIN V. RYAN
                                       United States Attorney

                                       By: /S/ Edward Torpoco
                                       EDWARD TORPOCO
                                       Assistant United States Attorney

DATED: October 27, 2005                /S/ Geoffrey Rotwein
                                       GEOFFREY ROTWEIN
                                       Attorney for Defendant
                                       EVA YOK YAU ENG