1   BRIAN H. GETZ (State Bar No. 85593)
    Law Offices of Brian H. Getz
2   44 Montgomery Street, Suite 3850
    San Francisco, California 94104
3   Telephone: (415) 956-5886
    Facsimile:  (415) 438-2655
4
5   Attorneys for Defendant
    SANDY RU ZHONG
6

*ORIGINAL*
*FILED*
05 FEB 17 AM 11: 20

**FILED**

FEB 2 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7                       UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              )   Case No.: CR 05-00123 MHP
                                           )
11          Plaintiff,                     )   **APPLICATION FOR TRAVEL ORDER**
                                           )   **BY DEFENDANT SANDY RU ZHONG**
12          vs.                            )
                                           )
13  SANDY RU ZHONG,                        )
                                           )
14          Defendant.                     )
                                           )
15  _____ )

16

17          The parties stipulate to and request a court order permitting defendant Sandy Zhong to

18  travel to Los Angeles, California, from Saturday, March 4, 2006 until Monday, March 6, 2006

19  for the purpose of attending a Continuing Education Seminar on March 5, 2006 from 8:00-

20  4:00pm at the Sportsman's Lodge in Studio City, CA.  A copy of the Continuing Education

21  Seminar announcement is attached hereto as Exhibit A.  Ms. Zhong is attending this class in

22  connection with her employment as a driving instructor.  Pre-Trial Services and Assistant United

23  States Attorney, Edward Torpoco, have been made aware of this request and have no objections.

24  Ms. Zhong will be traveling by automobile leaving San Francisco on March 4 and returning on

25  March 6 in the evening.

26          In support of this Application, the undersigned declares:

27          1.      I am an attorney at law duly licensed to practice before this Court and in all the

28  Courts of this State, and currently I am the attorney of record for defendant, Sandy Zhong.

**APPLICATION FOR TRAVEL ORDER BY DEFENDANT SANDY RU ZHONG**
**CASE NO. 05-00123 MHP**

2.     I make this declaration of my own personal knowledge and if called upon to do so, I could and would testify competently to the facts as stated herein.

3.     Defendant Zhong is prohibited from traveling outside the Northern District of California by the terms of the Pretrial Release Order.

4.     Ms. Zhong requests permission to travel to Los Angeles, California from Saturday, March 4, 2006 until Monday, March 6, 2006 to attend a Continuing Education Seminar on Sunday, March 5, 2006 from 8:00 a.m. to 4:30 p.m. in connection with her employment as a driving instructor.

5.     I have spoken to United States Pre-Trial Services and the U.S. Attorneys' Office, and there are no objections concerning these travel dates.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at San Francisco, California, on February 15, 2006.

BRIAN H GETZ
Attorney for Defendant
SANDY RU ZHONG

The United States stipulates to permitting Ms. Zhong to travel to Los Angeles, California, from Saturday, March 4, 2006 through Monday, March 6, 2006.

Dated: February 16, 2006

EDWARD TORPOCO
Assistant United States Attorney

-2-
APPLICATION FOR TRAVEL ORDER BY DEFENDANT SANDY RU ZHONG
CASE NO. CR-05-00123 MHP

From: Sandy Zhong.

To: BAIAN H Getz.



**CONTINUING EDUCATION SEMINAR**
**ALL DRIVING SCHOOLS AND TRAFFIC SCHOOLS**
TO OBTAIN YOUR REGISTRATION FORM—LOG ON TO:
**WWW.DSAC.COM**
IF YOU DO NOT HAVE INTERNET ACCESS CALL
(530) 885-8109 AND REQUEST A REGISTRATION FORM.
WE CAN FAX OR MAIL YOU A FORM.

**DSAC** DRIVING SCHOOL ASSOCIATION OF CALIFORNIA

**WHEN:** SUNDAY—MARCH 5, 2006
**TIME:** 8:00 AM TO 4:00 PM
Registration Starts: 7:15 AM

**WHERE:** **SPORTSMAN'S LODGE**
**12833 Ventura Blvd**
**Studio City, CA 94604**
**(818) 755-5000**

Registration form and check payable to DSAC must be **RECEIVED BY** February 24, 2006
**IF YOU HAVE ALREADY REGISTERED—PLEASE DISREGARD THIS NOTICE.**

**NO EXCEPTIONS**—Add a $25.00 fee at the door.
**LUNCH: $20.00 Prepaid**

Any Seminar Questions call: Shelly Collins (530) 885-8109 Fax (530)885-4605
Mail Seminar Registration to: Shelly Collins—PO Box 6330—Auburn, CA 95604



1

2

## **ORDER**

3

4

The Court having considered the Application submitted to permit defendant Sandy Ru

Zhong to travel to Los Angeles, California, and good cause appearing,

5

6

IT IS HEREBY ORDERED that Defendant Sandy Ru Zhong may travel to Los Angeles,

California, from Saturday March 4, 2006 through Monday, March 6, 2006.

7

8

Dated: _____

9

THE HONORABLE MARILYN HALL PATEL
United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**APPLICATION FOR TRAVEL ORDER BY DEFENDANT SANDY RU ZHONG**
**CASE NO. CR-05-00123 MHP**